UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **MARC GROCCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION No.** |
| | ) | **14-12705-NMG** |
| **UMASS CORRECTIONAL HEALTH CARE,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PROCEDURAL ORDER

**GORTON, J.**

Plaintiff originally filed a joint complaint that was part of a multi-plaintiff civil rights action. See <u>Stote, et al. v. UMass Correctional Health Care, et al.</u>, C.A. No. 13-10267-NMG (the "2013 action"). The 2013 action was initiated by MCI Norfolk inmate John E. Stote concerning alleged inadequate medical care at MCI Norfolk. On June 25, 2014, the individual prisoners claims were severed into separate cases. See No. 13-10267-NMG, 06/25/2014 Memorandum and Order (the "June Order), Docket #20.

The June Order directed each plaintiff who wished to prosecute his own claims to pay the $400 fling fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs within sixty days and that failure to pay the fee or seek leave to proceed without prepayment of the fee may result in dismissal of the individual action without prejudice. <u>Id.</u>

Pursuant to the directives of the June Order, the Clerk

opened a new case for plaintiff.  See Docket.  The Order was
mailed to Groccia June 27, 2014.  Id.

Groccia has not responded to the Court's order and a search
of the on-line Victim Information & Notification Everyday
(VineLink) homepage reveals that he is now in custody at the
Pondville Correctional Center.  See VineLink Offender Locator,
http://www.vinelink.com (last visited Oct. 5, 2014).

Accordingly, if Marc Groccia wishes to proceed with this
action, he must, within forty-two (42) days of the date of this
Procedural Order either pay the $400 filing fee or seek leave to
proceed without prepayment of the filing fee by filing an
Application to Proceed in District Court Without Prepaying Fees
or Costs and a certified six-month prison account statement.
Failure to pay the fee or seek leave to proceed without
prepayment of the fee will result in the dismissal of this action
without prejudice.  Groccia may also file an amended complaint,
which would supercede the original complaint.

The Clerk shall send to Marc Groccia[1] with a copy of this
Procedural Order: (1) a copy of the 06/25/2014 Memorandum and
Order; (2) an Application to Proceed in District Court Without
Prepaying Fees or Costs; (3) the portion of the complaint [pages
41-42] containing Groccia's statement of his individual claim;

---

[1]Marc Groccia (W94956), Pondville Correctional Center, P.O.
Box 146, Norfolk, MA 02056.

and (4) the portions of the complaint [pages 1-20 and 173-185] common to all plaintiffs.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 9, 2014